IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARINUS WALRAVEN, ET AL. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | Civil Action No.: 05-10197 WGY |
| ) | |
| AMERICAN STANDARD, INC.; ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

### AFFIDAVIT OF KURT B. GERSTNER

1. I am an attorney licensed to practice law in the Commonwealth of Massachusetts, and a shareholder at the firm of Campbell Campbell Edwards & Conroy Professional Corporation. I was one of the attorneys representing a number of defendants in <u>Walraven v. American Standard Inc., et.al.</u>, Middlesex Superior Court Civil Action No. 04-3940. I am making this Affidavit based on personal knowledge.

2. During the jury selection process, I had a conversation with Attorney John Barooshian, who was appearing for another defendant, A.W. Chesterton Company. The conversation took place at lunchtime in the cafeteria at the Suffolk Superior Court. During that conversation Mr. Barooshian stated that someone else in his office was dealing with settlement issues, but he thought that once the actual trial began he would no longer have to attend.

3. On the day that opening statements were supposed to occur, I arrived at the courtroom by about 8:30 am in anticipation of starting openings at about 9:00 am, which was when

Justice Locke told the parties we would begin. My clients reached a settlement with the plaintiffs before the openings began, and the parties reported to the Court that the settlement had taken place. I and my colleagues then began packing up our trial materials and exhibits and I left the courtroom at about 9:30 am. Mr. Barooshian had not appeared at the courtroom as of the time I left.

4. I don't recall any attorney representing A.W. Chesterton Company at any of the defense counsel meetings that I attended prior to the day we first reported to trial. Nor do I recall any attorney for A.W. Chesterton Company participating in any of the depositions in that case that I attended.

Signed under the penalties of perjury this 3rd day of February, 2005.

_____
Kurt B. Gerstner