IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MARINUS WALRAVEN, ET AL. )
)
Plaintiffs, )
)
vs. ) Civil Action No.: 05-10197 WGY
)
AMERICAN STANDARD, INC.; )
et al., )
)
Defendants. )

## AFFIDAVIT OF MILTON C. SPAULDING

I, Milton C. Spaulding, under oath do depose and state upon personal knowledge the following:

1. I am an attorney at the Clayton, Missouri, law firm of Spencer Fane Britt & Browne LLP.

2. I am currently counsel to Yarway in asbestos matters, and I was counsel to Yarway Corporation in the action entitled <u>Marinus Walraven and Irene Walraven vs. American Standard, Inc., et al.</u>, Case Number 04-L-274, in Madison County, Illinois.

3. The above-referenced action was filed on or about March 24, 2004.

4. On the afternoon of February 1, 2005, I called William Shultz, an attorney at Cates, Kurowski, Bailey, & Shultz of Illinois, counsel to A.W. Chesterton, Inc., in asbestos cases filed in Madison County, Illinois.

5. In the above-referenced phone conference with him, I asked him if Chesterton was involved in the above-referenced Walraven case when that matter was pending in Madison County. I asked that question knowing that Chesterton had in the past been named a defendant in Madison County asbestos cases.

6. I also noted that plaintiff had specifically made a reference to Chesterton at his deposition while his matter was pending in Madison County.

7. Mr. Shultz then replied that he believed the reason Chesterton was not a defendant in the Walraven Madison County action was because "Chesterton had reached an agreement with the Wise & Julian law firm." At no time during this conversation did Mr. Shultz state that to his knowledge the case had not settled.

8. Wise & Julian is a law firm from Alton, Illinois, which represents plaintiffs in asbestos cases. I understand that Mark H. Iola, C. Andrew Waters, and Peter A. Kraus are all "Of Counsel" to the Wise & Julian firm. I further understand that Mr. Iola is the primary national settlement negotiator for the Wise & Julian firm in asbestos matters.

9. I further understand that Mr. Iola was the primary settlement negotiator on the Walraven case while it was pending in Illinois, and is the primary settlement negotiator for plaintiffs in the Massachusetts Walraven action.

10. On February 2, 2005, I had a second telephone conversation with Mr. William Shultz. At the outset of this conversation, he stated that it would not be appropriate to comment on any settlement agreement involving A.W. Chesterton. He then stated that he did not know whether A.W. Chesterton had settled the Walraven case.

THE ABOVE IS TRUE AND IS BASED UPON MY OWN PERSONAL KNOWLEDGE AND EXPERIENCE, EXCEPT AS WHERE NOTED ON INFORMATION AND BELIEF.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 3rd DAY OF FEBRUARY, 2005.

Milton C. Spaulding

1124824v1