UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARINUS WALRAVEN, *et al.*, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>AMERICAN STANDARD, INC., *et al.*, )<br>)<br>Defendants. )<br>) | Civil Action No. 05-10197 WGY |

I, Matthew W. Henning, make the following Affidavit under oath on behalf of Defendant, Yarway Corporation ("Yarway"). This Affidavit is submitted in support of Yarway's Opposition to Plaintiffs' Emergency Motion to Remand.

1. I am an associate in the firm of Morrison Mahoney LLP located in Boston, Massachusetts. I graduated from Boston College Law School in 1999.

2. I have personally reviewed the Docket Report from the case captioned *Marinus Walraven and Irene Walraven v. American Standard, Inc., et al.*, Civil Action No. 04-3940, and filed in the Superior Court of Middlesex County, Massachusetts (the "State Court Action").

3. One of the named defendants in the State Court Action is A. W. Chesterton Company ("Chesterton"), a Massachusetts corporation with its principal place of business in Massachusetts.

4. It is evident from the Docket Report that Chesterton has not filed a document in connection with the State Court Action. For instance, Chesterton failed to file proposed voir dire questions, motions for summary judgment, motions in limine, trial exhibit lists, and proposed jury instructions.

5. It is evident from the Docket Report that Chesterton did not designate an expert in connection with the State Court Action.

6. It is evident from the Docket Report that Chesterton did not file an opposition to Plaintiffs' designation of experts in connection with the State Court Action.

7. It is evident from the Docket Report that Chesterton did not identify a witness in connection with the State Court Action.

8. It is evident from the Docket Report that Chesterton did not respond to the Plaintiffs' Product Disclosure Form.

945475v1

9. The above is true and is based upon my own personal knowledge and experience.

Signed under the pains and penalties of perjury this 3rd day of February 2005.

_____
Matthew W. Henning

945475v1