STATE OF ILLINOIS      )
                       )
COUNTY OF ST. CLAIR    )

### SUPPLEMENTAL AFFIDAVIT OF WILLIAM D. SHULTZ, JR.

William D. Shultz, Jr., being duly sworn and under oath, deposes and states as follows:

1. I am of legal age and under no disability;

2. This Affidavit supplements my previous Affidavit, which was executed on February 2, 2005.

3. On February 2, 2005, I had a subsequent conversation with Milton Spaulding, an attorney with Spencer, Fane, Britt and Browne in St. Louis Missouri. During that conversation, I informed Mr. Spaulding that I was very displeased with the allegations in the Notice of Removal referencing his February 1, 2005 conversation with me. I informed Mr. Spaulding that these allegations were not factually correct and he would be hearing from my partner, John Kurowski. Mr. Spaulding apologized to me.

4. Mr. Spaulding stated that since A.W. Chesterton was identified in plaintiff's deposition and the interrogatories, he assumed there was some sort of administrative deal in place. I reminded Mr. Spaulding that he never mentioned this in our initial conversation.

5. I again informed Mr. Spaulding that he only asked if A.W. Chesterton was in the Walraven case when it was in Madison County, Illinois or if A.W. Chesterton settled and I informed him that we were not in the case and did not settle that I was aware of.

6. Mr. Spaulding apologized again and indicated he misunderstood and "screwed up". I instructed him that he should call his client or the attorney in Boston, Massachusetts and try to set the record straight. He indicated he would try and do that.

Further, affiant sayeth naught.

*WILLIAM D. SHULTZ, JR.*

STATE OF ILLINOIS    )
                     ) SS.
COUNTY OF ST. CLAIR  )

William D. Shultz, Jr., being duly sworn on oath, deposes and says that the contents contained in the foregoing document are true and correct to the best of his knowledge, information and belief.

*WILLIAM D. SHULTZ, JR.*

SUBSCRIBED AND SWORN to before me this 2nd day of February, 2005.

OFFICIAL SEAL
RENEE J P EDWARDS
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:12/01/07

Notary Public