UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| Marinus Walraven, et. al )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>Yarway Corporation, )<br>)<br>Defendant ) | CIVIL ACTION<br>NO. 05-10197-WGY |

ORDER

YOUNG, C.J.                                                February 4, 2005

    Since everyone agrees that the Massachusetts Superior Court continues to have jurisdiction over the parties in this case, this Court abstains and orders this case administratively closed. It may be reopened upon the motion of any party once final judgment has entered in the Superior Court.

    SO ORDERED.

By the Court,

/s/ William G. Young
WILLIAM G. YOUNG
CHIEF JUDGE