```
                                                               1


  1                  UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF MASSACHUSETTS
  2
                                              Civil Action
  3                                           No. 05-10197-WGY

  4

  5      * * * * * * * * * * * * * * * *
                                         *
  6      MARINUS WALRAVEN, et al.,       *
                                         *
  7              Plaintiffs,             *
                                         *
  8      v.                              * HEARING
                                         *
  9      YARWAY CORPORATION,             *
                                         *
 10              Defendant.              *
                                         *
 11      * * * * * * * * * * * * * * * *

 12
                  BEFORE:   The Honorable William G. Young,
 13                              District Judge

 14

 15

 16      APPEARANCES:

 17
                 COADY & ASSOCIATES (By Edward P. Coady,
 18      Esq. and Christopher P. Duffy, Esq.) 205 Portland
         Street, Boston, Massachusetts 02114, on behalf of
 19      the Plaintiffs

 20
                 MORRISON MAHONEY LLP (By John T. Harding,
 21      Esq. and Matthew W. Henning, Esq.), 250 Summer
         Street, Boston, Massachusetts 02210-1181, on
 22      behalf of the Defendant

 23

 24                                          1 Courthouse Way
                                             Boston, Massachusetts
 25
                                             February 3, 2005
```